Ronald F. Price (5535)
Jason M. Kerr (8222)
Alan Dunaway (13514)
PRICE PARKINSON & KERR, PLLC
5742 West Harold Gatty Drive
Salt Lake City, UT 84116
Telephone:  (801) 530-2900
Facsimile:   (801) 517-7192
Email: ronprice@ppktrial.com
       jasonkerr@ppktrial.com
       alandunaway@ppktrial.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SANMEDICA INTERNATIONAL, LLC,** a Utah Limited Liability Company.<br><br>Plaintiff,<br><br>v.<br><br>**QUANTUM WELLNESS BOTANICAL INSTITUTE, LLC,** a California Limited Liability Company: and John Does, 1-10,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND AMENDED SCHEDULING ORDER, AND SECOND AMENDED SCHEDULING ORDER**<br><br>Case No. 2:16-cv-00191<br><br>**Judge: David Nuffer** |

The Court, having reviewed the parties' joint motion to amend the amended scheduling order (the "Motion"), being duly advised in the premises and upon good cause shown, hereby **GRANTS** the Motion, and hereby enters the following Seconded Amended Scheduling Order.

## SECOND AMENDED SCHEDULING ORDER

|     |     | DATE |
| --- | --- | --- |
| 1.  | To the extent not already provided, Rule 26 Initial Disclosures. | 4/10/2017 |
| 2.  | Last day to serve written fact discovery | 8/21/2017 |
| 3.  | Close of fact discovery | 9/18/2017 |
| 4.  | Rule 26(a)(2) reports from experts: | |
|     | a.  Plaintiff | 10/31/2017 |
|     | b.  Defendant | 11/30/2017 |
|     | c.  Counter reports | 1/12/2018 |
| 5.  | Last day to serve written expert discovery | 1/26/2018 |
| 6.  | Last day for expert discovery | 2/28/2018 |
| 7.  | Last day for filing dispositive/potentially dispositive motions | 3/312018 |
| 8.  | Trial and preparation for trial | |
|     | a.  Rule 26(a)(3) pretrial disclosures | |
|     | Plaintiff | 6/29/2018 |
|     | Defendant | 7/13/2018 |
|     | b.  Objections to Rule 26(a)(3) Disclosures – 14 days as per the Rule | |
|     | c.  Special attorney conference on or before | 7/27/2018 |
|     |     | **DATE** |
|     | d.  Settlement conference on or before | 7/27/2018 |

e.       Final pretrial conference       _____

f.       Jury trial -- five days       _____

DONE this _____ day of _____, 2017.

BY THE COURT

_____
Honorable David Nuffer
United States District Court Judge